UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 0 8 2022
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARNOLD CASTILLO, )<br>(a/k/a "Jacob Shedletsky" a/k/a )<br>"Jadon Shedletsky") )<br>)<br>Defendant. ) | CAUSE NO.<br><br>1:22-cr-0124 TWP-MJD |

## INDICTMENT

The Grand Jury charges that:

<u>COUNT 1</u>

Transportation of a Minor With Intent to Engage in Criminal Sexual Activity
Title 18, United States Code, Sections 2423(a) and (e) & 2

Between on or about January 2022, and on or about May 11, 2022, within the Southern District of Indiana and elsewhere, the defendant, ARNOLD CASTILLO, (a/k/a "Jacob Shedletsky" a/k/a "Jadon Shedletsky"), knowingly transported Minor Victim 1, an individual who had not attached the age of 18 years, in interstate commerce from Indiana to New Jersey with the intent that Minor Victim 1 engage in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so, and aided and abetted others in so doing.

In violation of Title 18, United States Code, Sections 2423(a) and (e) and 2.

## COUNT 2

Coercion and Enticement of a Minor and Attempt
Title 18, United States Code, Section 2422(b)

Between on or about January 2022, and on or about May 11, 2022, within the Southern District of Indiana and elsewhere, the defendant, ARNOLD CASTILLO, (a/k/a "Jacob Shedletsky" a/k/a "Jadon Shedletsky"), did use a facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, and coerce, and attempt to knowingly persuade, induce, entice, and coerce, Minor Victim 1, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically, Sexual Misconduct with a Minor under Indiana law (IC 35-42-4-9 (a) and (1)), and Aggravated Sexual Assault of a Minor under the Age of 16 under New Jersey law (NJ Rev. Stat Sec. 2C:14-2).

In violation of Title 18, United States Code, Section 2422(b).

## **FORFEITURE**

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2423 or Title 18 United States Code Section 2422, the defendant, ARNOLD CASTILLO, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

If any of the property described above, as a result of any act or omission

of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____
Tiffany J. Preston
Assistant United States Attorney
KMS